**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | |
|---|---|
| In the Matter of: | Chapter 13 |
| PEDRO UBALDO LINARES | Case No. 11-11726-SSM |
| Debtor | |

**MOTION TO DISMISS,**
**NOTICE OF MOTION TO DISMISS**
**AND**
**NOTICE OF SCHEDULED HEARING ON THIS MOTION**

Thomas P. Gorman, Chapter 13 Trustee, has filed this motion to dismiss your Chapter 13 case. The cause for this motion is as follows:

**Violation of 11 U.S.C. §1307(6):** Debtor has failed to make timely post-petition mortgage payments as required by Section 5(A) of their confirmed Plan. Debtor is alleged to be $5,142.86 in arrears pursuant to a Motion for Relief. Debtor is also behind $350.00 on his Chapter 13 Plan Payments.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before five business days prior to the hearing date, you or your attorney must:

File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing. If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before five business days prior to the scheduled hearing. You must mail a copy to the persons listed below.

**Notice and Motion to Dismiss**
Pedro Ubaldo Linares, Case #11-11726-SSM

*Attend the hearing to be held on August 10, 2011 at 1:30 p.m. in Courtroom #1 on the 2nd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, VA 22314.* If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

>Thomas P. Gorman
>300 North Washington Street, Ste. 400
>Alexandria, VA 22314

>Clerk of the Court
>United States Bankruptcy Court
>200 South Washington Street
>Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: __July 8, 2011_____        __/s/ Thomas P. Gorman_____
>Thomas P. Gorman
>Chapter 13 Trustee
>300 N. Washington Street, #400
>Alexandria, VA 22314
>(703) 836-2226
>VSB 26421

## CERTIFICATE OF SERVICE

I hereby certify that I have this 8th day of July, 2011, mailed a true copy of the foregoing Motion to Dismiss, Notice of Motion and Notice of Hearing to the following parties.

| | |
|---|---|
| Pedro Ubaldo Linares | Nathan Fisher, Esq. |
| Chapter 13 Debtor | Attorney for Debtor |
| 2209 Cherry Hill Road | 3977 Chain Bridge Rd., #2 |
| Dumfries, VA 22026 | Fairfax, VA 22030 |

___/s/ Thomas P. Gorman_____
Thomas P. Gorman