# United States Bankruptcy Court
### Eastern District of Virginia
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number**   11−11726−SSM
**Chapter**   13

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Pedro Ubaldo Linares
2209 Cherry Hill Road
Dumfries, VA 22026

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: xxx−xx−5455

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor:   NA

### NOTICE OF DISMISSAL OF CASE

Notice is hereby given that an order was entered on August 12, 2011 dismissing the above−captioned case.

Dated:   August 12, 2011                                 For the Court,

[VAN015vDec2009.jsp]                                     William C. Redden, Clerk
                                                         United States Bankruptcy Court

United States Bankruptcy Court
Eastern District of Virginia

In re:
Pedro Ubaldo Linares
    Debtor

Case No. 11-11726-SSM
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0422-9    User: voehle    Page 1 of 1    Date Rcvd: Aug 12, 2011
    Form ID: VAN015    Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2011.
```
db         +Pedro Ubaldo Linares,    2209 Cherry Hill Road,    Dumfries, VA 22026-2924
cr         +ONEWEST BANK, FSB,    c/o SHAPIRO & BURSON, LLP,    236 Clearfield Avenue,    Suite 215,
             Virginia Beach, VA 23462-1893
cr         +OneWest Bank, FSB,    c/o McCabe, Weisberg & Conway, LLC,    8101 Sandy Spring,    Suite #100,
             Laurel, MD 20707-3596
10355209   +Chase Bank USA,N.A.,    c/o Creditors Bankruptcy Service,    P O Box 740933,
             Dallas, TX 75374-0933
10310517   +Enhanced Recovery Corp,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
10310519   +Hfc - Usa,    Po Box 3425,    Buffalo, NY 14240-3425
10310520   +Indy Mac Bank,    6900 Beatrice Drive,    Kalamazoo, MI 49009-9559
10310522   +Nco Financial Systems,    507 Prudential Rd,    Horsham, PA 19044-2368
10396225   +ONEWEST BANK, FSB,    888 E. WALNUT STREET,    PASADENA, CALIFORNIA 91101-1802
10540963   +OneWest Bank, FSB,    2900 Esperanza Crossing,    Austin, TX 78758-3658
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
10404826    E-mail/Text: bnc-genesis@quantum3group.com Aug 13 2011 03:02:02     GC III LLC,
             Quantum3 Group LLC,    PO Box 788,    Kirkland, WA 98083-0788
10310518   +EDI: RMSC.COM Aug 13 2011 02:53:00     Green Tree Servicing LLC,    7360 S. Kyrene Rd,
             Recovery Dept. T-120,    Tempe, AZ 85283-8432
10310521   +EDI: CBSKOHLS.COM Aug 13 2011 02:53:00     Kohls,    Attn: Recovery Dept,    Po Box 3120,
             Milwaukee, WI 53201-3120
10511073    EDI: RESURGENT.COM Aug 13 2011 02:53:00     LVNV Funding LLC,    Resurgent Capital Services,
             PO Box 10587,    Greenville, SC 29603-0587
10310523   +E-mail/Text: ustpregion04.ax.ecf@usdoj.gov Aug 13 2011 03:02:00     Office of the U.S. Trustee,
             115 South Union St., Ste. 210,    Alexandria, VA 22314-3361
10470437    E-mail/Text: ebn@vativrecovery.com Aug 13 2011 03:01:42     Palisades Acquisition IX, LLC,
             Vativ Recovery Solutions LLC, dba SMC,    As Agent For Palisades Acquisition IX, L,
             PO Box 40728,    Houston TX 77240-0728
10310524    EDI: TFSR.COM Aug 13 2011 02:53:00     Toyota Financial,    P.O. Box 371339,
             Pittsburgh, PA 15250-7339
                                                                                              TOTAL: 7

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10310516   ##+Allied Interstate Inc,    435 Ford Rd Ste 800,    Minneapolis, MN 55426-1066
                                                                                             TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 14, 2011**    **Signature:** _Joseph Speetjens_